UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-571-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CESAR QUINTERO-FELIX; JASMIN RUIZ; ARMANDO SANCHEZ; FELIX JAUREGUI; GENARO LUNA; JAMES LAWRENCE HONEYCUTT; JESUS AVILA-AVILA; ERIC BROOKS; and AID LUANGRATH, JR., | ) ) ) ) ) | |
| Defendants. | ) ) | |

On December 19, 2008, Defendant Aid Luangrath, Jr., filed a letter in which he seeks to be released from custody. However, defendant is represented by counsel and "does not have an absolute right to both self-representation and the assistance of counsel." United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir. 1981). "Whether to allow hybrid representation [is] within the . . . discretion of the trial judge." Id.  Since defendant is represented by counsel, his request to represent himself on the matter

1

1  contained in his referenced letter is denied; and, the request in
2  that letter is also denied.

Dated:  January 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge