IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,　　　　　　　　　　No. CR S-07-0571 GEB EFB

   vs.

AID LUANGRATH, JR.,

      Movant.　　　　　　　　　　　　<u>ORDER</u>

_____ /

      Movant, a federal prisoner proceeding *in propria persona*, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant pled guilty pursuant to a plea bargain, in which the government agreed to forego charging movant with possession of a firearm and to make certain sentencing recommendations. One of movant's claims is that his trial counsel rendered ineffective assistance by failing to file an appeal after movant asked him to do so. Respondent has filed an answer and a declaration signed by movant's trial counsel, in which counsel denies that movant asked him to file an appeal. Respondent concedes that if movant's allegations are true, he is entitled to habeas relief on this claim. In light of the position taken by respondent in the answer, the court will appoint counsel for the limited purpose of confirming movant's intention to proceed with this action.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward a copy of movant's § 2255 motion and respondent's answer along with this order to the CJA Defense Panel for determination of the appointment of appropriate counsel;

2. The Panel shall advise whether movant qualifies for appointment of counsel and shall recommend counsel to the court; and

3. If counsel is appointed for the limited purpose of confirming movant's intention to proceed, counsel shall advise within sixty (60) days of that appointment whether movant wishes to proceed with his claim that his attorney rendered ineffective assistance in failing to file an appeal, in light of the position taken by respondent in the answer and the possible ramifications to movant should he prevail on his claim of ineffective assistance of counsel.

DATED: March 22, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE