IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                  No. CR S-07-0571 GEB EFB P

    vs.

AID LUANGRATH, JR.,

        Movant.                     ORDER

                              /

       Movant, proceeding through counsel, filed a Supplemental Status Report indicating he no longer wishes to proceed with his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Dckt. No. 306. Subject to exceptions not applicable here, movant may voluntarily dismiss this action without prejudice, and without a court order, by filing:

    (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)   a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A); *see also* Rule 12, Rules Governing Section 2255 Proceedings. Because respondent filed an answer before movant filed the Supplemental Status Report, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(I). *See* Dckt. No. 227. However, respondent may choose to stipulate to dismissal without prejudice pursuant to Rule

1

1  41(a)(1)(A)(ii).  Should respondent decline to stipulate as such, the court may dismiss the action
2  based on movant's implicit request in his Supplemental Status Report, "on terms that the court
3  considers proper."  Fed. R. Civ. P. 41(a)(2).

4       Accordingly, it is ORDERED that within 14 days of the date of this order, respondent
5  may file and serve a document stipulating to dismissal of this action without prejudice pursuant
6  to Rule 41(a)(1)(A)(ii).  In the event respondent so stipulates, the court will construe the parties'
7  filings as stipulation of dismissal for voluntary dismissal without prejudice pursuant to Rule
8  41(a)(1)(A)(ii).

9  DATED:  July 21, 2011.

10  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2