HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
AID LUANGRATH, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. F 07-571 GEB |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| AID LUANGRATH, JR., | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable GARLAND E. BURRELL, Jr. |

Defendant, AID LUANGRATH, JR., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 16, 2009, this Court sentenced Mr. Luangrath to a term of 102 months imprisonment;

3. His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months;

4. On government motion, Mr. Luangrath received a downward departure from the low end of the guideline range to receive a term of 102 months;

5. The sentencing range applicable to Mr. Luangrath was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

6. Mr. Luangrath's total offense level has been reduced from 31 to 29, his amended guideline range is 87-108 months, and a reduction to a comparable point below the amended range would produce a term of 79 months; and,

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Luangrath's term of imprisonment to a total term of 79 months.

Respectfully submitted,

Dated:  January 6, 2015                                   Dated:   January 6, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                      Federal Defender


 /s/ *Jason Hitt*                                                     /s/ *David M. Porter*
JASON HITT                                                      DAVID M. PORTER
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                           Attorney for Defendant
UNITED STATES OF AMERICA                       AID LUANGRATH, JR.


### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Luangrath is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87-108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on January 16, 2009 is reduced to a term of 79 months.

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
2 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
3 reduction in sentence, and shall serve certified copies of the amended judgment on the United
4 States Bureau of Prisons and the United States Probation Office.
5    Unless otherwise ordered, Mr. Luangrath shall report to the United States Probation
6 Office within seventy-two hours after his release.
7 Dated:  January 7, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge